**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-17-00296-CV**

_____

**IN RE COMMITMENT OF ROBERT CONWAY**

_____

**On Appeal from the 435th District Court**
**Montgomery County, Texas**
**Trial Cause No. 12-05-05193-CV**

_____

**ORDER**

Robert Conway appealed the denial of his petition for unauthorized release from civil commitment. Conway filed the petition and the notice of appeal *pro se*. After he perfected his appeal, Conway filed a motion for the appointment of the State Counsel for Offenders to assist him with his appeal. Conway's request for assistance of counsel should be addressed by the trial court.

It is, therefore, ORDERED that the appeal is abated and the case is remanded to the trial court for consideration of the appellant's motion for the appointment of

1

counsel. The trial court shall determine whether the State Counsel for Offenders shall be substituted as counsel on appeal in place of the appellant acting *pro se*. A reporter's record of any hearing conducted pursuant to this order, together with a clerk's record containing any orders and findings made by the trial court pursuant to this order, shall be filed with the Court of Appeals by February 2, 2018.

ORDER ENTERED January 3, 2018.

PER CURIAM

Before McKeithen, C.J., Kreger and Horton, JJ.